*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

GREGORY ALLEN BELKIN,

        Defendant-Appellant.

UNPUBLISHED
February 28, 2019

No. 341915
Oakland Circuit Court
LC No. 2017-262898-FC

Before: TUKEL, P.J., and SHAPIRO and GADOLA, JJ.

SHAPIRO, J. (*concurring*).

      I agree with the majority that OV 1 and OV 2 were improperly scored. While I do not subscribe to much of the majority's analysis of the OV 6 issue, I agree that the offense variable was properly scored under the extraordinary facts of this case. Accordingly, I concur in the conclusion that the defendant was not entitled to resentencing.

                                 /s/ Douglas B. Shapiro